# United States Court of Appeals
## For the Eighth Circuit

_____

No. 14-3257

_____

United States of America

*Plaintiff - Appellee*

v.

Michael D. Hancock

*Defendant - Appellant*

_____

Appeal from United States District Court
for the Western District of Missouri - Springfield

_____

Submitted: February 10, 2015
Filed: March 23, 2015
[Unpublished]

_____

Before LOKEN, COLLOTON, and KELLY, Circuit Judges.

_____

PER CURIAM.

Michael Hancock was serving the supervised-release portion of his federal criminal sentence when his probation officer filed a violation report with the district

court[1] alleging that Hancock had violated several supervised-release conditions. Following a hearing, the district court concluded that Hancock had violated his release conditions and revoked supervised release, imposing a revocation sentence of 11 months in prison and two years of supervised release. For reversal, Hancock argues that the court committed plain error in sentencing him because the court gave significant weight to one of his prior convictions.

After careful review, we find no abuse of discretion, see United States v. Miller, 557 F.3d 910, 915-16 (8th Cir. 2009) (standard of review), much less plain error, and we affirm the judgment. Counsel's motion to withdraw is granted, but we direct counsel to inform appellant about the procedures for filing a petition for rehearing and for certiorari.

_____

[1]The Honorable Gary A. Fenner, United States District Judge for the Western District of Missouri.